IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01208-MSK-PAC

STEFANIE DOWDEL, f/k/a Stefanie Johnson,

       Plaintiff,

v.

SUN MICROSYSTEMS, INC.,

       Defendant.

_____

**ORDER DISMISSING CASE WITH PREJUDICE**
_____

       This matter comes before the Court pursuant to the parties' *Joint Motion for Order Dismissing Case with Prejudice* **(#26)** and *Joint Motion for Order Vacating All Dates* **(#27)**. The Court, having reviewed the Motions and the file and deeming itself sufficiently advised,

       Hereby **GRANTS** motion **#26** and **#27**, dismissing the case with prejudice. The clerk shall close this case.

       DATED this 17th day of March 2006.

                              **BY THE COURT:**

                              */s/ Marcia S. Krieger*
                              _____

                              Marcia S. Krieger
                              United States District Judge